**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-7176**

———————

DUSTIN L. CARWILE,

                                    Plaintiff - Appellant,

        versus

MRS. COMPTON, Personal Property Officer;
CAPTAIN JANEWAY; STAN K. YOUNG, Warden,
Wallens Ridge; GENE JOHNSON, Deputy Director
of Virginia Prisons; VINCE BOBROSKY; JANICE T.
DOW; LOUIS B. CEI; JAMES M. SISK; PRU
STASIKEWICH,

                                    Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Jerome B. Friedman, District
Judge.  (CA-03-154-2)

———————

Submitted:  October 7, 2004          Decided:  October 15, 2004

———————

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Dustin L. Carwile, Appellant Pro Se. Susan Foster Barr, OFFICE OF
THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dustin L. Carwile appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Carwile v. Compton, No. CA-03-154-2 (E.D. Va. June 21, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED